UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE:  Use of Electronic
Equipment in the United States
Courthouse and Federal Building
(Fort Myers, Fl)

                              Case No:  2:22-mc-4-JES

**ORDER**

This matter came before the Court on a request for use of a courtroom in the Fort Myers Division of the Middle District of Florida by Fort Myers Hight School to practice for a Lee County, Florida mock trial competition.  Frederick David (c/o FrederickHD@LeeSchools.net) and Orion Wright along with no more than 12 students anticipate having cellular telephones and laptops and/or tablets on their person.

On October 1, 2013, a General Order (6:13-mc-94-Orl-22, Doc. #1) was issued regarding the possession and use of personal electronic devices in the Middle District of Florida courthouses.  See In Re: Possession & Use of Pers. Elec. Devices in Fed. Courthouses in the M.D. Fla., 6:13-mc-94-Orl-22.  The Court will grant leave for Frederick H. David, IV and Orion Wright to enter the building and Courtroom A on the Sixth Floor of the Fort Myers Courthouse & Federal Building with cellular telephones, laptop computers, and tablets, including devices owned or in the possession of students under their care and custody.

Accordingly, it is hereby

**ORDERED:**

The aforementioned mock trial group and individuals in the group are **GRANTED** leave as set forth above and as necessary for use **on February 22, 2022,** subject to screening by the Court Security Officers and/or U.S. Marshal's Office. **No device may be used to record, video, or photograph any court proceedings.**

**DONE and ORDERED** at Fort Myers, Florida, this ___18th___ day of February 2022.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE